| | |
|---|---|
| 1 | CALVIN E. DAVIS (SBN: 101640) |
|   | cdavis@gordonrees.com |
| 2 | AARON P. RUDIN (SBN: 223004) |
|   | arudin@gordonrees.com |
| 3 | GORDON & REES LLP |
|   | 633 West Fifth Street, 52nd Floor |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 576-5000 |
| 5 | Facsimile: (213) 680-4470 |
| 6 | Attorneys for Defendants CHRISTOPHER |
|   | ALLEGRETTI, HBK SORCE FINANCIAL, LLC |
| 7 | and HILL, BARTH & KING LLC |
| 8 | RICHARD G. WITKOWSKI (Admitted *Pro Hac Vice*) |
|   | witkowski@nicola.com |
| 9 | NICHOLAS J. DERTOUZOS (Admitted *Pro Hac Vice*) |
|   | dertouzos@nicola.com |
| 10 | NICOLA, GUDBRANSON & COOPER, LLC |
|   | 25 West Prospect Avenue |
| 11 | Republic Building, Suite 1400 |
|   | Cleveland, Ohio 44115 |
| 12 | Telephone: (216) 621-7227 |
|   | Facsimile: (216) 621-3999 |
| 13 | |
| 14 | Attorneys for Defendant |
|   | HBK SORCE FINANCIAL, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW JOHNSON, ET AL., | ) | CASE NO. 2:15-cv -09183 ODW (ASx) |
| Plaintiffs, | ) | **NOTICE OF MOTION BY DEFENDANTS CHRISTOPHER ALLEGRETTI; HBK SORCE FINANCIAL, LLC AND HILL, BARTH & KING LLC FOR JUDGMENT ON THE PLEADINGS** |
| vs. | ) | |
| DAVID MAZZA, ET AL., | ) | |
| Defendants. | ) | Date: May 2, 2016 |
|  | ) | Time: 1:30 p.m. |
|  | ) | Courtroom: 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on Monday, May 2, 2016, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Otis D. Wright, II, United States District Judge presiding in Courtroom 11 of the United States

-1-

NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS

1 District Court, located at 312 North Spring Street, Los Angeles, CA 90012-4701, Defendants Christopher Allegretti, HBK Sorce Financial, LLC and Hill, Barth & King LLC (collectively "HBK") will bring on for hearing their Motion for Judgment on the Pleadings as to the First Amended Complaint of Plaintiffs Matthew Johnson, Nathan Johnson, Gemini Partners, Inc. and Allacrity Capital Offshore Fund, Ltd. (collectively "Plaintiffs") pursuant to Fed. R. Civ. P. 9(b), on grounds that the First Amended Complaint fails to plead claims for fraud with the requisite particularity.

Plaintiffs' claims are fatally defective, as a matter of law, because Plaintiffs fail to definitively set forth the "who, what, when, where, and how" of each of the elements of the alleged fraud by HBK as required by Fed. R. Civ. P. 9(b). Furthermore, the alleged misrepresentations by HBK in the First Amended Complaint (which are not attributable to any specific defendant) are in essence mere predictions of future performance that cannot constitute the basis for a fraud claim.

For the reasons set forth in the attached Memorandum in Support, HBK moves for judgment on the pleadings. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 26, 2016.

Dated: March 25, 2016                    GORDON & REES LLP


                                          By: /s/Aaron P. Rudin
                                              Calvin E. Davis
                                              Aaron P. Rudin
                                              Attorneys for Defendants
                                              CHRISTOPHER ALLEGRETTI;
                                              HBK SORCE FINANCIAL, LLC
                                              and HILL BARTH & KING, LLC