OLIVIA O. BISSELL, SBN 119157
BISSELL & ASSOCIATES, P.C.
1028 North Lake Avenue, Suite 101
Pasadena, CA 91104
Telephone: (310) 508-9575
Fax: (310) 300-0711
Email: oliviabissell@gmail.com

*Attorney for Defendants David Mazza, Paul M. West and Anthony A. Wood*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEWJOHNSON, an individual; NATHAN JOHNSON, an individual; GEMINI PARTNERS, INC., a California corporation; and ALACRITY CAPITAL OFFSHORE FUND, LTD., a Cayman Islands limited partnership, Plaintiffs,<br><br>vs.<br><br>DAVID MAZZA, an individual; PAUL M. WEST, an individual; ANTHONY ALLEN WOOD, an individual; JOSEPH D. SIMMS, an individual; CHRISTOPHER ALLEGRETTI, an individual; HBK SORCE FINANCIAL, LLC, an Ohio limited liabilitycompany; HILL BARTH & KING LLC, an Ohio limited liability company; HA&W WEALTH MANAGEMENT LLC, a Delaware limited liability company; HABIF, AROGETI & WYNNE, LLP, a Georgia limited liability company; and DOES 1through 50, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-09183-ODW-AS<br><br>**CERTIFICATE OF SERVICE**<br><br>COURTROON ROOM: 11<br>(312 North Spring Street, Los Angeles, CA)<br>JUDGE: OTIS WRIGHT, II |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am, and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 1028 N. Lake Avenue, Suite 101, Pasadena, CA 91104.

On **August 22, 2016**, I served the foregoing document described as:

**1) DEFENDANTS DAVID MAZZA, PAUL M. WEST AND ANTHONY ALLEN WOOD'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE COUNTERCLAIMS AS MERITLESS SLAPP ACTION (C.C.P. § 425.16) OR TO DISMISS PURSUANT TO FRCP 12(B)(6);**
**2) DECLARATION OF PAUL WEST;**
**3) DECLARATION OF DAVID MAZZA;**
**4) DECLARATION OF ANTHONY WOOD; AND**
**5) INDEX OF EXHIBITS WITH EXHIBITS LODGED IN SUPPORT OF OPPOSITION,** on all interested parties as follows:

**SEE ATTACHED SERVICE LIST**

**[] BY MAIL** I caused such envelope to be deposited in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.
[ ] BY OVERNIGHT MAIL/COURIER To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.
**[X] BY CM/ECF ELECTRONIC DELIVERY:** By electronically filing the foregoing document(s) using the CM/ECF system. Servivce of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.
**[] BY ELECTRONIC MAIL** By transmitting via electronic mail on or before 5:00 p.m. the document(s) listed above to each of the person(s) set forth below.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **August 22, 2016,** at Pasadena, California.

/S/ Oscar Sandoval
______________________
Oscar Sandoval

# SERVICE LIST

Amir M. Kahana, Esq.
Samuel Yu, Esq.
KAHANA LAW, P.C.
3 Hutton Centre, Suite 685
Santa Ana, CA 92707

Telephone: (949) 812-4783
Facsimile: (949) 281-2015
*Email: amk@kahanalaw.com*
*samyu@kahanalaw.com*
*Attorneys for Plaintiffs*

Dan L. Longo, Esq.
Peter A. Martin, Esq.
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612

Telephone: (714) 972-9977
Facsimile: (714) 972-1404
Email: dlongo@murchisonlaw.com
pmartin@murchisonlaw.com
*Attorneys for Defendants HA & W Wealth Management, LLC; HABIF, AROGETI & WYNNE, LLP; and Joseph D. Simms*

Calvin E. Davis, Esq.
Aaron P. Rudin, Esq.
**GORDON & REES LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: cdavis@gordonrees.com
arudin@gordonrees.com
*Attorneys for Defendants Christopher Allegretti; HBK Sorce Financial, LLC; and Hill, Barth and King LLC*

Nicholas J. Dertouzous, Esq.
Richard G. Witkowski, Esq.
**NICOLA, GUDBRANSON & COOPER, LLP**
25 West Prospect Avenue, Suite 1400
Cleveland, OH 44108

Telephone: (216) 621-7227
Facsimile: (216) 621-3999
Email: dertouzos@nicola.com
witkowski@nicola.com