Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON, an individual; NATHAN JOHNSON, an individual; GEMINI PARTNERS, INC., a California corporation; and ALACRITY CAPITAL OFFSHORE FUND, LTD., a Cayman Islands limited partnership;<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MAZZA, an individual; PAUL M. WEST, an individual; ANTHONY ALLEN WOOD, an individual; CHRISTOPHER ALLEGRETTI, an individual; HILL, BARTH & KING LLC, an Ohio limited liability company; HA&W WEALTH MANAGEMENT LLC, a Delaware limited liability company; HABIF, AROGETI & WYNNE, LLP, a Georgia limited liability company; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO. 2:15-cv -09183 ODW (ASx)<br><br>**JUDGMENT** |

On February 17, 2017, this Court granted defendants Christopher Allegretti and Hill Barth & King LLC's (collectively "HBK") Motion for Judgment on the Pleadings without leave to amend as to all causes of action asserted against HBK on the operative Second Amended Complaint on file.

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs Matthew Johnson, Nathan Johnson, Gemini Partners Inc., and Alacrity Capital Offshore Fund, Ltd.'s (collectively "Plaintiffs") take nothing on, under or by virtue of their Second Amended Complaint as against Christopher Allegretti and Hill Barth & King LLC, that judgment be entered on behalf of Christopher Allegretti and Hill Barth & King LLC, and that Defendants HBK are entitled recover their costs.

**IT IS SO ORDERED.**

February 22, 2017

_____
U.S. District Court Judge Otis D. Wright II