O

# United States District Court
# Central District of California

| | |
|---|---|
| MATTHEW JOHNSON; NATHAN JOHNSON; GEMINI PARTNERS, INC.; and ALACRITY CAPITAL OFFSHORE FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID MAZZA; PAUL M. WEST; ANTHONY ALLEN WOOD; JOSEPH D. SIMMS; CHRISTOPHER ALLEGRETTI; HBK SORCE FINANCIAL, LLC; HILL BARTH & KING, LLC; HA&W WEALTH MANAGEMENT LLC; HABIF, AROGETI & WAYNE, LLP; and DOES 1–50, inclusive, <br><br> Defendants. | Case № 2:15-cv-09183-ODW-AS <br><br> **ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS HA&W WEALTH MANAGEMENT LLC; HABIF, AROGETI AND WYNNE, LLP; and JOSEPH D. SIMMS [131] AND DISMISSING AS MOOT MOTION FOR SETTLEMENT APPROVAL [126]** |

Defendants HA&W Wealth Management LLC, Habif, Arogeti and Wynne, LLP, and Joseph D. Simms (collectively, "HA&W") expressed to the Court on January 30, 2017, and at various points thereafter, that they reached a settlement with Plaintiffs in this case. (*See* ECF No. 103.) On March 24, 2017, HA&W noticed a motion for settlement approval, asking the Court for an Order determining that the settlement was made in good faith. (ECF No. 126.) Just three days later, Plaintiffs

filed a stipulation to dismiss HA&W from the case with prejudice, stating that the parties "with to proceed with this Stipulation of Dismissal despite the Motion for Good Faith Settlement . . . still pending . . . ."  (Stipulation 1.)  The Court has considered the stipulation and finds good cause appearing.  However, dismissing HA&W as a defendant in this action means that the Court cannot adjudicate the pending motion for settlement approval, since HA&W filed it, and HA&W will no longer be a party to this action after the Court grants the Stipulation.  Therefore:

1.     The action is dismissed with prejudice as against Defendants Joseph D. Simms, HA&W Wealth Management LLC, and Habif, Arogeti & Wynne, LLP pursuant to FRCP 41(a)(1)(A).

2.     Each party shall bear its own costs and attorneys' fees.

3.     The Court shall retain jurisdiction over this matter to enforce the terms of the February 16, 2017, Settlement Agreement.

4.     Because these Defendants are no longer parties to this action, the Court hereby **DISMISSES AS MOOT** their pending motion for settlement approval.  (ECF No. 126.)

**IT IS SO ORDERED.**

March 29, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**